UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RUSSELL NORTH (1866)

CIVIL ACTION

VERSUS

NO. 11-865-BAJ-DLD

SUSAN K. JONES, ET AL

**RULING
and ORDER OF DISMISSAL**

The Court has carefully considered the motion, the record, the law applicable

to this action, and the Report and Recommendation of the United States Magistrate

Judge Docia L. Dalby dated July 11, 2012 (doc. 8), and plaintiff's objection filed June

20, 2012 (doc. 9).

The Court hereby approves the report and recommendation of the magistrate

judge and adopts it as the Court's opinion herein.

Accordingly, plaintiff's complaint is dismissed as legally frivolous and for

failure to state a claim upon which relief may be granted within the meaning of 28

U.S.C. § 1915, and that this action is hereby dismissed, without prejudice to the

plaintiff's right to seek habeas corpus relief or other relief upon satisfaction of the

conditions set forth in Heck v. Humphry.

 Baton Rouge, Louisiana, July 25, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA