UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RUSSELL NORTH (1866)

VERSUS

SUSAN K. JONES, ET AL

CIVIL ACTION

NO. 11-865-BAJ-DLD

**RULING**
**and ORDER OF DISMISSAL**

The Court has carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation of the United States Magistrate Judge Docia L. Dalby dated July 11, 2012 (doc. 8), and plaintiff's objection filed June 20, 2012 (doc. 9).

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, plaintiff's complaint is dismissed as legally frivolous and for failure to state a claim upon which relief may be granted within the meaning of 28 U.S.C. § 1915, and that this action is hereby dismissed, without prejudice to the plaintiff's right to seek habeas corpus relief or other relief upon satisfaction of the conditions set forth in Heck v. Humphry.

Baton Rouge, Louisiana, July 25, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA